USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

PLAINTIFF,

v.

OGDEN CAP PROPERTIES, LLC,

DEFENDANT.

Case No. 18-cv-05286-PAE

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel on behalf of Plaintiff Thomas J. Olsen and Defendant Ogden CAP Properties, LLC that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be and is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: New York, New York
October 23, 2018

Douglas Lipsky
Lipsky Lowe LLP
630 Third Avenue, Fifth Floor
New York, NY 10017
Telephone: 212.444.1024

*Attorneys for Plaintiff Thomas J. Olsen*

Jonathan D. Thier
Peter J. Linken
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005
Telephone: 212.701. 3000

*Attorneys for Defendant Ogden CAP Properties, LLC*

11/5/18

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge